FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 13 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 18-1964 JCH |
| | ) |
| vs. | ) Counts 1 and 3: 21 U.S.C. §§ 841(a)(1) |
| | ) and (b)(1)(B): Distribution of 50 Grams |
| **GREGORY WEIGHTMAN,** | ) and More of Methamphetamine; |
| | ) |
| Defendant. | ) Count 2: 21 U.S.C. §§ 841(a)(1) and |
| | ) (b)(1)(C): Distribution of Heroin. |

I N D I C T M E N T

The Grand Jury charges:

Count 1

On or about April 5, 2018, in Bernalillo County, in the District of New Mexico, the defendant, **GREGORY WEIGHTMAN**, unlawfully, knowingly and intentionally distributed a controlled substance, 50 grams and more of a mixture and substance containing a detectable amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

Count 2

On or about April 5, 2018, in Bernalillo County, in the District of New Mexico, the defendant, **GREGORY WEIGHTMAN**, unlawfully, knowingly and intentionally distributed a controlled substance containing a detectable amount of heroin.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

Count 3

On or about April 23, 2018, in Bernalillo County, in the District of New Mexico, the defendant, **GREGORY WEIGHTMAN**, unlawfully, knowingly and intentionally distributed a controlled substance, 50 grams and more of a mixture and substance containing a detectable

amount of methamphetamine.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

A TRUE BILL:

/s/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

_____ 06/07/18  2:25PM